JOSIE J. KLITZING, APPELLANT AND CROSS-APPELLEE, V. MARY DIDIER ET AL., APPELLEES AND CROSS-APPELLANTS.

336 N.W.2d 325

Filed July 15, 1983. No. 82-552.

See Rule 7A.

Wright, Simmons & Selzer, for appellant.

George A. Sommer, for appellees.

KRIVOSHA, C.J., BOSLAUGH, MCCOWN, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

This is a quiet title action. The District Court quieted title in the defendants. Plaintiff appealed, and defendants cross-appealed for denial of attorney fees.

On review of the entire record de novo this court agrees with the determination of the District Court.

AFFIRMED. SEE RULE 7A.

SHANAHAN, J., not participating.

BOSLAUGH, J., concurs in the result.